IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _eg_ D.C.

05 SEP 21 PM 2: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ⊥ MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20006-MaV

GEROME MILEY a/k/a
KASSIEM J. MILEY,

    Defendant.

---

## ORDER OF REFERENCE

---

Before the court is defendant's September 16, 2005, motion
to set bond.

This matter is hereby referred to the magistrate judge for a
hearing and determination.

It is so ORDERED this **21st** day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-23-05_

70

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20006 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT